IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLIS BREWER, individually and on behalf of all persons similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HOMELAND VINYL PRODUCTS, INC.,**<br><br>**Defendant.** | No. 1:17-cv-04290-NLH-KMW |

### ORDER GRANTING PLAINTIEF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this __8th__ day of ___May___ 2019, upon consideration of Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the Court grants Plaintiff's Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate pursuant to Fed. R. Civ. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

2. For settlement purposes, the following Settlement Class is preliminarily certified pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), pending final approval of the settlement:

> All current and former non-exempt, hourly production employees of Defendant who worked more than forty hours in at least one workweek

at Defendant's production facilities in Alabama, Tennessee, or Utah at any time between June 13, 2014 and December 20, 2018, and at Defendant's production facilities in New Jersey at any time between June 13, 2011 and December 20, 2018;

3. Plaintiff Willis Brewer is preliminarily approved as the Representative of the Settlement Class;

4. Berger Montague PC and Schneider Wallace Cottrell Konecky Wotkyns LLP are preliminarily approved as Class Counsel for the Settlement Class;

5. Angeion Group is preliminarily approved as Settlement Administrator and the costs of settlement administration are preliminarily approved;

6. The following schedule and procedures for completing the final approval process as set forth in the Parties' Settlement Agreement are hereby approved:

| | |
|---|---|
| Defendant to send CAFA Notice | Within ten (10) business days after submission of the Settlement Agreement to the Court |
| Defendant Provides Administrator the Class List | Within ten (10) business days after the Court's Preliminary Approval Order |
| Mailing of Class Notices | Within twenty (20) business days after the Court's Preliminary Approval Order |
| Deadline to postmark objections or requests for exclusion ("Notice Deadline") | Sixty (60) days after the Settlement Administrator initially mails the Notice |
| Plaintiff's Unopposed Motion for Final Approval and Motions to Approve Attorneys' Fees and Costs | With the Court's approval, fourteen (14) calendar days prior to Final Approval Hearing |
| Final Approval Hearing | At the Court's convenience, approximately 120 days after the Court's Preliminary Approval Order. |

7.  The Final Approval Hearing is hereby set for <u>September 5, 2019</u> at <u>10:30</u> a.m. in Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, Courtroom 3A.

BY THE COURT,

At Camden, New Jersey

<u>s/ Noel L. Hillman</u>
Honorable Noel L. Hillman
United States District Judge