# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLIS BREWER, individually and on behalf of all persons similarly situated,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HOMELAND VINYL PRODUCTS, INC.,**<br><br>    **Defendant** | No. 1:17-cv-04290-NLH-KMW<br><br>Motion Hearing Date: September 5, 2019<br><br>**(Document Filed Electronically)** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that on September 5, 2019, Plaintiff Willis Brewer, through his undersigned counsel, will move the Court for Final Approval of the Settlement Agreement. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE** that in support of Plaintiff's Unopposed Motion for Final Approval of the Settlement Agreement, Plaintiff relies upon the accompanying Memorandum of Law, supporting declarations, and all other records, pleadings and papers on file in this action. A proposed Order is submitted concurrently herewith for the Court's consideration.

Dated: August 28, 2019                          Respectfully submitted,

**BERGER MONTAGUE PC**

*/s/ Krysten L. Connon*
Krysten L. Connon
(NJ 016732012)
Sarah R. Schalman-Bergen
(*Pro Hac Vice*)
Camille Fundora Rodriguez
 (NJ 017642011)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
kconnon@bm.net
crodriguez@bm.net
sschalman-bergen@bm.net

Carolyn Hunt Cottrell
 (*Pro Hac Vice*)
David C. Leimbach
 (*Pro Hac Vice*)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com

*Attorneys for Plaintiff and
the Settlement Class*

**CERTICATE OF SERVICE**

I hereby certify that on August 28, 2019, a true and correct copy of the foregoing document was served on all counsel of record electronically via CM/ECF.

<u>/s/ Krysten L. Connon</u>