# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WILLIS BREWER, individually and on behalf of all persons similarly situated,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HOMELAND VINYL PRODUCTS, INC.,**<br><br>    **Defendant** | No. 1:17-cv-04290-NLH-KMW<br><br>Motion Hearing Date: September 5, 2019<br><br>**(Document Filed Electronically)** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, that on September 5, 2019, Plaintiff Willis Brewer, through his undersigned counsel, will move the Court for Approval of Attorneys' Fees and Costs.  Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

**PLEASE TAKE FURTHER NOTICE,** that in support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees and Costs, Plaintiff relies upon the accompanying Memorandum of Law, supporting declarations, and all other records, pleadings and papers on file in this action. A proposed Order has been submitted with Plaintiff's Unopposed Motion for Final Approval of Settlement Agreement, filed contemporaneously with the instant Motion.

Dated: August 28, 2019					Respectfully submitted,

					**BERGER MONTAGUE PC**

					*/s/Krysten L. Connon*
					Krysten L. Connon
					(NJ 016732012)
					Sarah R. Schalman-Bergen
					(*Pro Hac Vice*)
					Camille Fundora Rodriguez
					 (NJ 017642011)
					1818 Market Street, Suite 3600
					Philadelphia, PA 19103
					Tel: (215) 875-3000
					Fax: (215) 875-4604
					kconnon@bm.net
					crodriguez@bm.net
					sschalman-bergen@bm.net

					Carolyn Hunt Cottrell
					 (*Pro Hac Vice*)
					David C. Leimbach
					 (*Pro Hac Vice*)
					SCHNEIDER WALLACE
					COTTRELL KONECKY
					WOTKYNS LLP
					2000 Powell Street, Suite 1400
					Emeryville, CA 94608
					Tel: (415) 421-7100
					Fax: (415) 421-7105
					ccottrell@schneiderwallace.com
					dleimbach@schneiderwallace.com

					***Attorneys for Plaintiff and
					the Settlement Class***

## CERTICATE OF SERVICE

I hereby certify that on August 28, 2019, a true and correct copy of the foregoing document was served on all counsel of record electronically via CM/ECF.

<em>/s/ Krysten L. Connon</em>